**Order entered March 5, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00018-CV

## MICHAEL SUTTON, Appellant

## V.

## OCTAPHARMA PLASMA INCORPORATED, Appellee

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-06879**

## ORDER

Before the Court is appellant's March 3, 2020 unopposed second motion to extend the time to file the clerk's and reporter's records. We **GRANT** the request and extend the time to **March 19, 2020**.

/s/    KEN MOLBERG
       JUSTICE